UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY, | Case No. 2:25-cv-0769-DJC-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| GALVAN NEWSOM, *et al.*, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*.

The application attacks a conviction issued by the Alameda County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: April 3, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2